# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK ARANT,

      Plaintiff,

vs.

J. P. MORGAN CHASE, INC., *et al.*,

      Defendants.

Case No.  2:12-cv-01386-JCM-GWF

**ORDER**

Motion for Extension of Time (#9)

    This matter comes before the Court on Plaintiff's third Request for Extension of Time to file Proof of Service (#9), filed on February 13, 2013.  Plaintiff filed the Complaint (#1) on August 6, 2012, and proof of service was originally due by December 4, 2012.  In Plaintiff's first Motion for Extension of Time (#5), he represented that Defendant JP Morgan Chase is a party in an appeal currently pending before the Ninth Circuit that will address issues similar to those in this case.  Plaintiff further stated he anticipates a decision from the Ninth Circuit soon.  The Court granted the first extension on December 4, 2012, making proof of service due January 4, 2013.  Plaintiff filed a second Motion for Extension of Time (#7) on January 6, 2013, in which he represented the anticipated Ninth Circuit decision had still not been published.  The Court extended the time for proof of service until February 11, 2013.  *See Doc. #8.*  Plaintiff now moves for a third extension to permit him to evaluate his claims in light of the still-unpublished decision.  The Court is unable to determine whether good cause exists for an extension without more information regarding the subject Ninth Circuit appeal.  Accordingly,

...

...

1 **IT IS HEREBY ORDERED** that Plaintiff shall file with the Court supplemental briefing that includes the case number of the subject Ninth Circuit appeal and the date on which either oral argument was heard or the briefing was complete no later than **February 21, 2013**.

DATED this 14th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge